973 A.2d 416

Nector PABON, Petitioner

v.

Bernice DENGELIS, Administrative Judge, Philadelphia Traffic Court, Respondent.

No. 48 EM 2009.

Supreme Court of Pennsylvania.

June 4, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 4th day of June, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application for an Immediate Hearing on the Pending Petition for Writ of Mandamus are **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.